UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------

TAFARI E. HARVEY,

                      Plaintiff,                          **ORDER**
                                                                  18-CV-5373 (MKB)
          v.

QUEENS COUNTY DISTRICT ATTORNEY,

                      Defendant.

---------------------------------------------------------------

MARGO K. BRODIE, United States District Judge:

      Plaintiff Tafari E. Harvey, proceeding *pro se*, commenced the above-captioned action on September 17, 2018 against Defendant Queens County District Attorney pursuant to 42 U.S.C. § 1983. (Compl., Docket Entry No. 1.) By Memorandum and Order dated February 20, 2020, the Court granted Plaintiff's request to proceed *in forma pauperis*, dismissed the Complaint, and granted Plaintiff leave to file an amended complaint within thirty days. (Mem. & Order dated Feb. 20, 2020, Docket Entry No. 6.) The Court also warned Plaintiff that failure to file an amended complaint would result in dismissal of the action. (*Id.* at 8.) More than thirty days have passed, and Plaintiff has not filed an amended complaint.

      Accordingly, the Court dismisses the action pursuant to 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A. The Clerk of Court is directed to enter judgment and close this case, and to mail a copy of this Order to Plaintiff's address of record. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma*

*pauperis* status is denied for purpose of an appeal. *Coppedge v. United States*, 269 U.S. 438, 444–45 (1962).

Dated: July 29, 2020
       Brooklyn, New York

                                    SO ORDERED:

                                    _____s/ MKB_____
                                    MARGO K. BRODIE
                                    United States District Judge